**No. 61919.**—B. L. Lemke & Co., Inc. *v.* United States, protest 311459–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *B. L. Lemke & Co., Inc.* v. *United States* (39 Cust. Ct. 253, C. D. 1937), the claim of the plaintiff was sustained.

**No. 61920.**—Louis Greenberg & Son, Inc., et al. *v.* United States, protests 311824–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of shell water flowers the same in all material respects as those the subject of Abstract 61346, except that the merchandise herein is in chief value of shell, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MAY 13, 1958

**No. 61921.**—Addicalco Corporation of America *v.* United States, protest 234528–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of key-driven calculating machines the same in all material respects as those the subject of *Plus Computing Machines, Inc.* v. *United States* (44 C. C. P. A. 160, C. A. D. 655), the claim of the plaintiff was sustained.